DEBORAH HELLER, SBN 154324
Law Offices of Ben Glen
2121 N. California Blvd., Suite 290
Walnut Creek, CA 94596
Tel: (925) 478-4913
Fax: (650) 227-5507

Attorney for Plaintiff KATHRYN TOWNE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATHRYN TOWNE,<br><br>　　　　Plaintiff,<br><br>TARGET COROPRATION, DOES 1-20,<br><br>　　　　Defendants | Case No.: 3:18-cv-03929-JCS<br><br>REQUEST FOR DISMISSAL |

The parties to the above-entitled action have reached a settlement. Therefore, the parties request a dismissal of the action with prejudice.

Dated: May 16, 2019           /s/ Deborah Heller
                              Deborah Heller
                              Attorney for Plaintiff KATHRYN TOWNE

Dated: May 21, 2019

*[Court seal: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED / Judge Joseph C. Spero, signed]*